UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLA KATALIN MELEGH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10,<br><br>Defendant. | CASE NO. 2:25-cv-01535-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. For the reasons set forth in the Order at Dkt. # 8, and because Plaintiff did not file an amended complaint, the Court DISMISSES this matter without prejudice.

Dated this 13th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 1